# AFFIDAVIT OF SERVICE

| Case: 4:25-cv-268-DPM | Court: United States District Court for the Eastern District of Arkansas | County: | Job: 12997094 |
|---|---|---|---|
| **Plaintiff / Petitioner:** DERRANCE HARRIS | | **Defendant / Respondent:** EXTO, INC (D.B.A ATLAS) | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Paronich Law PC | |
| **To be served upon:** Exto, Inc (D.B.A Atlas) | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kat Pearsall, Company: 131 Continental Drive, Newark, DE 19713
**Manner of Service:** Registered Agent, Mar 20, 2025, 10:58 am EDT
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint - Class Action, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Mar 20, 2025, 10:58 am EDT at Company: 131 Continental Drive, Newark, DE 19713 received by Kat Pearsall. Age: 40's; Ethnicity: African American; Gender: Female; Weight: 250; Height: 5'6"; Hair: Black; Relationship: Document Specialist;

_Stephen Kempski_     3/28/25
Stephen Kempski      Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678