IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                            **PLAINTIFF**

VS.                  NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                              **DEFENDANT**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Rodney P. Moore, Wright Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201, enters his appearance as counsel for defendant Exto, Inc. d/b/a Atlas, and requests all notices be sent to the undersigned in this proceeding.

                                         Respectfully submitted,

                                         Rodney P. Moore (96134)
                                         WRIGHT, LINDSEY & JENNINGS LLP
                                         200 West Capitol Avenue, Suite 2300
                                         Little Rock, Arkansas 72201-3699
                                         (501) 371-0808
                                         FAX: (501) 376-9442
                                         E-MAIL: rpmoore@wlj.com

                                         *Attorneys for Exto, Inc. d/b/a Atlas*

3341379-v1