IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                                                   **PLAINTIFF**

VS.                              NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                                          **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Exto Inc. ("Exto"), pursuant to Local Rule 6.2 and through counsel, respectfully moves for an extension of time up to and including May 20, 2025, in which to move to dismiss, answer or otherwise respond to Plaintiff Derrance Harris's ("Plaintiff") Class Action Complaint and in support thereof states as follows:

1.  On April 2, 2025, Plaintiff filed an Affidavit of Service, ECF No. 2, stating that on March 20, 2025, the Summons and Plaintiff's Class Action Complaint were served on Registered Agent "Kat Pearsall, Company: 131 Continental Drive, Newark, DE 19713." *Id*.

2.  Counsel for Plaintiff and Exto have conferred regarding a disputed service issue and Exto has agreed to accept service as of April 8, 2025, thereby making April 29, 2025, Exto's current deadline to respond to Plaintiff's Class Action Complaint.

3.  To afford counsel time to become acquainted with the matter and to explore the possibility of an early resolution, Plaintiff has agreed to Exto having a 21-day extension, to May 20, 2025, to respond to Plaintiff's Class Action Complaint.

3341460-v1

WHEREFORE, Exto respectfully requests that the Court enter an order granting this Unopposed Motion for Extension of Time and extending its time to file its response to Plaintiff's Class Action Complaint to May 20, 2025.

Dated: April 11, 2025

Respectfully submitted,

Rodney P. Moore (96134)
P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
PHONE: (501) 212-1324
FAX: (501) 376-9442
EMAIL: rpmoore@wlj.com;
chickman@wlj.com

And

Joseph P. Bowser (*pro hac vice forthcoming*)
C. Taylor Smith (*pro hac vice forthcoming*)
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
PHONE: (804) 441-8701
         (804) 729-4440
FAX: (804) 441-8438
EMAIL:  jbowser@rothjackson.com
         tsmith@rothjackson.com

*Attorneys for Defendant*

3341460-v1