IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                                                           **PLAINTIFF**

VS.                                  NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                                              **DEFENDANT**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Exto Inc. ("Exto"), through counsel, certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of Exto.

Dated: April 11, 2025                    Respectfully submitted,

Rodney P. Moore (96134)
P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
PHONE: (501) 212-1324
FAX: (501) 376-9442
EMAIL: rpmoore@wlj.com;
chickman@wlj.com

And

Joseph P. Bowser (*pro hac vice forthcoming*)
C. Taylor Smith (*pro hac vice forthcoming*)
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
PHONE: (804) 441-8701
            (804) 729-4440
FAX: (804) 441-8438
EMAIL:  jbowser@rothjackson.com
              tsmith@rothjackson.com

*Attorneys for Defendant*