IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                                                                 **PLAINTIFF**

VS.                         NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                                                       **DEFENDANT**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

P. Collins Hickman, Jr., Wright Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201, enters his appearance as counsel for defendant Exto, Inc. d/b/a Atlas, and requests all notices be sent to the undersigned in this proceeding.

Respectfully submitted,

P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: chickman@wlj.com

*Attorneys for Exto, Inc. d/b/a Atlas*

3341387-v1