IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRANCE HARRIS, on behalf of himself
and others similarly situated,                                                       PLAINTIFF

VS.                          NO. 4:25-cv-00268-DPM

EXTO, INC. d/b/a ATLAS                                                               DEFENDANT

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. BOWSER**

  Pursuant to Local Rule 83.5(d), defendant Exto Inc. d/b/a Atlas ("Atlas") moves for the admission *pro hac vice* of attorney Joseph P. Bowser ("Mr. Bowser") and, in support, states:

  1. Mr. Bowser is a resident of the Commonwealth of Virginia. He is a member in good standing with the following bars: Bar of the Supreme Court of Virginia, Bar of District of Columbia, and the Bar of the State of Maryland. He is also admitted to practice in the following federal courts: United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the District of Colorado, the United States District Court for the Western District of New York, and the United States District Court for the Western District of Michigan.

3376766-v1

2.      Mr. Bowser practices with the law firm of Roth Jackson Gibbons Condlin, PLC, 1519 Summit Ave., Suite 102, Richmond, Virginia, 23230.  He may be reached by telephone at 804-441-8701 and by e-mail at jbowser@rothjackson.com.

3.      Mr. Bowser is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court.  Mr. Bowser has not been the subject of any disciplinary proceeding, investigation, action, or grievance procedure and has neither been disbarred nor denied admission in any other Court in the United States.

4.      Mr. Bowser serves as outside counsel to Atlas and has been engaged in this action to serve alongside P. Collins Hickman Jr. (2020189) ("Mr. Hickman") and Rodney P. Moore (96134) ("Mr. Moore"), with the law firm of Wright, Lindsey & Jennings LLP, in this action. Mr. Hickman and Mr. Moore are residents of Arkansas and are members in good standing of the Bar of the United States District Court for the Eastern District of Arkansas.

5.      Mr. Bowser hereby designates Mr. Hickman and Mr. Moore as his designees with whom the Court and opposing counsel may communicate pursuant to the provisions of Local Rule 83.5(d).

6.      Mr. Bowser affirms to abide by this Court's local rules and to consent to the jurisdiction of this Court in matters of discipline.

WHEREFORE, Atlas prays that the Court permit Joseph P. Bowser to appear and participate in this action under Local Rule 83.5(d).

        Respectfully submitted,

        Rodney P. Moore (96134)
        P. Collins Hickman Jr. (2020189)
        *Attorneys for Defendant, Exto Inc. d/b/a Atlas*
        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        Telephone: (501) 371-0808
        E-mail: rpmoore@wlj.com;
        chickman@wlj.com