IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**      **PLAINTIFF**

VS.      NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**      **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF TIME

The Plaintiff, Derrance Harris, with the consent of Defendant Exto, Inc. d/b/a ATLAS respectfully requests that he receive an extension of time to June 18, 2025 in order to oppose Defendant's Motion to Stay or Dismiss (ECF No. 8). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. Furthermore, Plaintiff agrees that Defendant may file for leave to file a reply brief in support of its motion (ECF No. 8) within fourteen (14) days after the Plaintiff's response is filed, or on or before July 3, 2025, whichever date is later.

Dated: May 23, 2025      Respectfully submitted,

     Andrew R. Perrong (333687)
     Perrong Law LLC
     2657 Mount Carmel Avenue
     Glenside, Pennsylvania 19038
     Phone: 215-225-5529 (CALL-LAW)
     Fax: 888-329-0305
     Email: a@perronglaw.com
     *Attorney for Plaintiff*

     Rodney P. Moore (96134)
     P. Collins Hickman Jr. (2020189)
     WRIGHT, LINDSEY & JENNINGS LLP

        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201
        PHONE: (501) 212-1324
        FAX: (501) 376-9442
        EMAIL: rpmoore@wlj.com;
        chickman@wlj.com

        And

        Joseph P. Bowser (*pro hac vice forthcoming*)
        C. Taylor Smith (*pro hac vice forthcoming*)
        ROTH JACKSON
        1519 Summit Ave., Suite 102
        Richmond, VA 23230
        PHONE: (804) 441-8701
                 (804) 729-4440
        FAX: (804) 441-8438
        EMAIL:  jbowser@rothjackson.com
                  tsmith@rothjackson.com

        *Attorneys for Defendant*