AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | | |
|---|---|---|
| Derrance Harris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:25-cv-00268-DPM |
| Exto Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Exto Inc. d/b/a Atlas     .

Date: May 27, 2025

/s/ Joseph P. Bowser (admitted pro hac vice)
*Attorney's signature*

Joseph P. Bowser (VA Bar # 88399)
*Printed name and bar number*

ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230

*Address*

jbowser@rothjackson.com
*E-mail address*

(804) 441-8701
*Telephone number*

(804) 441-8438
*FAX number*