IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXTO, INC. d/b/a ATLAS<br><br>Defendant. | Case No. 4:25-cv-00268-DPM |

**[PROPOSED ORDER DENYING]**
**Defendant's Motion To Compel/Stay and Motion To Dismiss**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Compel Arbitration and to Dismiss (ECF No. 8, 9) is hereby DENIED.

*BY THE COURT:*

_____
J.