# EXHIBIT C

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Aug-04 10:07:31
60CR-17-2074
C06D01 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY

STATE OF ARKANSAS                                                     RESPONDENTS/PLAINTIFFS

VS.                             CASE NO: 60CR-17-2074

DERRANCE L. HARRIS                                                    CLAIMANT/DEFENDANT

&

LARVLE HARRIS                                                         3RD PARTY

SPECIAL RESTRICTIVE APPERANCE

I, Larvle Harris, 3rd party intervener recording number attached hereto, in this matter attach Indemnity bond with recording .



2017049706

PRESENTED: 08-04-2017 03:44:52 PM    RECORDED: 08-04-2017 03:47:24 PM
In Official Records of Larry Crane Circuit/County Clerk
PULASKI CO, AR FEE $20.00

IN OFFICAL RECORD OF LARRY CRANE CIRCUIT/COUNTY CLERK

PULASKI COUNTY

# INDEMNITY BOND

This Instrument was prepared

By: Larvle Harris, Indemnitee

P.O. BOX 45881

LITTLE ROCK, ARK 72214



_____-Space Above This Line For Recording_____

# INDEMNITY BOND

Know all men by these presents that DERRANCE L. HARRIS, DEBTOR and INDEMNITOR, hereby establishes this Indemnity Bond in favor of LARVLE HARRIS:, Secured Party Creditor and Indemnitee, power of Attorney in the sum of present and future collateral values up to the sum of $100,000,.00 (one hundred thousand United States dollars in one ounce silver coins of .999 fine silver), or fiat money at par value for the payment of which bond DEBTOR firmly binds its successors, heirs, executors, administrators, D.B.A.'s, A.K.A.'s (d.b.a., a.k.a.), and third-party assigns, jointly and severally. DEBTOR hereby indemnifies Secured Party Creditor against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of DEBTOR. The condition of this bond is that Secured Party covenants to do certain things on behalf of DEBTOR as set forth in the attached Commercial Security Agreement of the same date and executing parties. DEBTOR covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES that all goods and services in commerce are available to or conveyed from DEBTOR to Secured Party, whichever is appropriate. To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, DEBTOR agrees to make available to Secured Party Creditor such accounts established by intent of the Parties, by operation of law and/or as constructive trusts, to hold proceeds arising from assets belonging to DEBTOR and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached Commercial Security Agreement, Secured Party Creditor is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts incurred by DEBTOR on behalf of the Secured Party Creditor.

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party Creditor harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred or to be suffered or incurred by Secured Party Creditor in accordance with the Secured Party Creditor's personal guarantee with respect to loans or indebtedness belonging to DEBTOR, including any amount that DEBTOR might be deemed to owe a public creditor for any reason whatsoever. Secured Party Creditor shall promptly advise DEBTOR of all public claims brought by third parties against the present or future property of DEBTOR, all of which is covered by the attached Commercial Security Agreement up to the indemnification amount declared herein, and to provide DEBTOR with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon DEBTOR through the Secured Party Creditor. Secured Party Creditor shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and in effect as of the date that it is signed and accepted by the Parties and provided that the Secured Party Creditor may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to DEBTOR. No such cancellation shall affect the liability incurred by or accrued to Secured Party Creditor prior to the conclusion of said thirty (30) day period. In such event of a notice of cancellation and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, DEBTOR agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached Commercial Security Agreement unless the Parties agree otherwise this bond is not frivolous, nor fraud.

## LIEN

This agreement constitutes an International Commercial Lien on all property of DEBTOR / INDEMNITOR on behalf of and for the benefit of the Secured Party Creditor, Indemnitee, in the amount of $100,000.00 (one hundred thousand dollars in U.S. minted silver eagles of .999 fine silver). This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

**DERRANCE HARRIS**   INDEMNITOR
37 Sheffield Street Little Rock, Ark 72209

**L.S.: LARVLE HARRIS**
P.O. BOX 45881 Little Rock, AR 72209
_____ Indemnitee

STATE OF ARKANSAS  )
                  )SS
COUNTY OF PULASKI )

Subscribed and Affirm before me _Timothy L Bryant_ the Notary that LARVLE HARRIS appeared before me and known to be the Indemnitee named to within this instrument.

MY COMMISSION:

TIMOTHY L. BRYANT
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires February 24, 2026
Commission No. 12697932

NOTARY

Page 1 of 1