IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                                    **PLAINTIFF**

VS.                           NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                            **DEFENDANT**

**DECLARATION OF JOSEPH P. BOWSER**

Pursuant to 28 U.S.C. § 1746, I, Joseph P. Bowser, Esq., under penalty of perjury, declare as follows:

1. My name is Joseph P. Bower, and I am *pro hac vice* counsel for Defendant Exto, Inc. d/b/a Atlas ("Atlas") in this case.

2. I am over the age of 18, and I am competent to make this declaration.

3. Attached as **Exhibit A** to Atlas' Reply are true and correct copies of the docket sheet for United States Bankruptcy Court for the Eastern District of Arkansas (Central Division) Case Number 4:2023bk11261, Debtor Derrance L. Harris, and his Voluntary Petition for Individuals Filing for Bankruptcy.

4. Attached as **Exhibit B** to Atlas' Reply are true and correct copies of Derrance Harris's TCPA complaints filed in Pulaski County Circuit Court, Case Numbers 60CV-25-2684 and 60CV-25-4975.

5. Attached as **Exhibit C** to Atlas' Reply are true and correct copies of a Special Restrictive Appearance and Indemnity Bond filed in Pulaski County Circuit

1

Court, Case Number 60CR-17-2074, executed by a Derrance Harris and Larvle Harris.

6.  Each of these exhibits were retrieved directly from each court's respective electronic filing system (i.e., PACER for Exhibit A, and https://caseinfonew.arcourts.gov/opad for Exhibits B and C).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2025.

_____
JOSEPH P. BOWSER, ESQ.