IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRANCE HARRIS, on behalf of himself
and others similarly situated,                                                                 PLAINTIFF

VS.                              NO. 4:25-cv-00268-DPM

EXTO, INC. d/b/a ATLAS                                                                        DEFENDANT

## ATLAS' NOTICE OF SUPPLEMENTAL AUTHORITY

Exto Inc. d/b/a Atlas ("Atlas") respectfully files this Notice of Supplemental Authority in support of its Motion to Stay and Compel Arbitration or in the Alternative, to Dismiss Under Rule 12(b)(6) ("Motion"), ECF No. 8, and supporting Memorandum ("Memo."), ECF No. 9.

Atlas contends that Plaintiff's claim must be dismissed because 47 U.S.C. § 227(c)(5)'s private right of action only applies to telephone calls, not text messages—the only form of communication Plaintiff alleges he received from Atlas. *(See* Doc. 9, *p.* 17–19). Atlas now submits two recent decisions from United States District Courts that reached the same conclusion. *See Davis v. CVS Pharmacy, Inc.*, No. 4:24-cv-477-AW-MAF, 2025 U.S. Dist. LEXIS 167366, at *3, *9 (N.D. Fla. Aug. 26, 2025) (acknowledging that "no ordinary person would think of a text message as a 'telephone call,'" and holding that plaintiff's 47 U.S.C. § 227(c)(5) claim failed because "he alleged receiv[ed] only text messages.[,]" which "are not telephone calls[.]"); *see also Jones v. Blackstone Med. Servs., LLC*, No. 1:24-cv-01074-JEH-RLH, 2025 U.S. Dist. LEXIS 138371, at *9-10 (C.D. Ill. July 21, 2025), *appeal docketed*, No. 25-2398 (Aug. 12, 2025) (holding that 47 U.S.C. § "227(c)(5) does not apply to text messages.").

3473047-v1

Respectfully submitted,

Rodney P. Moore (96134)
P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
E-mail: rpmoore@wlj.com;
chickman@wlj.com

and

Joseph P. Bowser (Admitted Pro Hac Vice)
ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Avenue, Suite 102
Richmond, Virginia 23230
Telephone: (804) 441-8701
E-mail: jbowser@rothjackson.com

*Attorneys for Defendant, Exto Inc. d/b/a Atlas*