IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself
and others similarly situated,**                                                    **PLAINTIFF**

VS.                                    NO. 4:25-cv-00268-DPM

**EXTO, INC. d/b/a ATLAS**                                                         **DEFENDANT**

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Exto, Inc. d/b/a Atlas ("Atlas") moves for an extension of time to respond to Plaintiff Derrance Harris' ("Plaintiff") Complaint (Doc. 1) and for grounds, states:

1. On October 1, 2025, the Court entered an order denying without prejudice Doc. 8, which is Atlas' motion to compel arbitration and alternative motion to dismiss. (Doc. 18).

2. The order states, "[t]he Court will allow a few months of discovery on the agreement issue. Then the Court will receive another motion to see whether the case should stay here for full adjudication." (*Id.*)

3. Otherwise, the Court declined to enter the thicket at this point regarding the merits of Plaintiff's claims. (*Id.*)

4. Consistent with the Court's order, Atlas maintains that the parties agreed to arbitrate Plaintiff's claims rather than litigate them in this Court. Atlas anticipates engaging in limited discovery on the issue of contract formation and arbitration and expects to renew its motion to compel arbitration once that discovery is complete.

3488135-v1

5.      Requiring Atlas to file a responsive pleading at this stage would be inconsistent with the Court's intended sequencing and would unnecessarily expend judicial and party resources.

6.      With that background, good cause exists to grant this motion for an extension of time for Atlas to respond to Plaintiff's complaint.

7.      Specifically, Atlas requests that its response deadline be extended until after the Court decides Atlas' renewed motion to compel arbitration.

8.      Pursuant to Local Rule 6.2(b), Atlas contacted Plaintiff's local counsel to determine whether this motion is opposed or unopposed.  Local counsel deferred to Plaintiff's national counsel regarding that decision.  Atlas has attempted to contact Plaintiff's national counsel but has been unable to reach him.

9.      Accordingly, it is unclear whether this motion is opposed or unopposed.

10.     By local rule, no brief in support of this motion is required.

WHEREFORE, Atlas respectfully requests that the Court enter an order extending the deadline for Atlas to file a responsive pleading to Plaintiff's complaint (Doc. 1) until after the Court decides Atlas' renewed motion to compel arbitration, and grant Atlas all other relief to which it is entitled.

Respectfully submitted,

Rodney P. Moore (96134)
P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
E-mail: rpmoore@wlj.com;
chickman@wlj.com

and

Joseph P. Bowser (Admitted Pro Hac Vice)
ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Avenue, Suite 102
Richmond, Virginia 23230
Telephone: (804) 441-8701
E-mail: jbowser@rothjackson.com

*Attorneys for Defendant, Exto Inc. d/b/a Atlas*