IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRANCE HARRIS, on behalf of himself**                **PLAINTIFFS**
**and others similarly situated;**

v.                                4:25-cv-268-DPM

**EXTO, INC. d/b/a Atlas**                                    **DEFENDANT**

### FINAL SCHEDULING ORDER— CLASS ACTION

Pursuant to Federal Rule of Civil Procedure 16(b), the Court orders:

- Initial disclosures due ............................................ **7 November 2025**

- Discovery ends on agreement issue……………….**7 February 2026**

- Motion to compel arbitration due ...............................**7 March 2026**

- **Jury Trial, Little Rock, Courtroom 1A**....................**5 October 2026**

- **Protective Orders.** Before filing a motion for approval, counsel should email a draft order in WordPerfect or Word to chambers for review. Alert the law clerk on the case to the draft's submission. Avoid legalese. Short, plain orders are better than long, complicated ones. Incorporate Fed. R. Civ. P. 5.2's mandate for redaction if practicable before any filing under seal. The order should remain in effect no longer than one year after litigation ends, not in perpetuity. Incorporate the procedure for discovery disputes, see *infra*, to cover disputes about whether a document is confidential.

- **Discovery Disputes.** Counsel should confer in good faith *in person* before bringing any discovery dispute to the Court. Do not file motions to compel. Do not file a motion to quash or for protective order unless there is an emergency. If the parties reach a discovery impasse, they should file a joint report explaining the disagreement. File this paper under the CM/ECF event called "Joint Report of Discovery Dispute". Your joint report must not exceed ten pages, excluding the style and signature block. Each side gets five pages. Do not file a motion asking for more pages. Use double spacing and avoid footnotes. Attach documents (such as disputed written discovery or responses) as needed. Redact any attachments as required by Federal Rule of Civil Procedure 5.2 to protect confidential information. File the joint report sufficiently before the discovery cutoff so that the dispute can be resolved, and any additional discovery completed, without undermining other pretrial deadlines. The Court will rule or schedule a hearing. Alert the law clerk on the case to the joint report's filing. If a dispute arises during a deposition, call chambers so the Judge can rule during the deposition.

- **Conflicts Of Interest.** Counsel must check the Court's recusal list on file in the U.S. District Clerk's Office to determine whether there is any conflict that might require recusal. If any party is a subsidiary or affiliate of any company in which the Court has a financial interest, counsel should bring that fact to the Court's attention immediately.

Please communicate with Sherri Black, Courtroom Deputy, by e-mail at *sherri_black@ared.uscourts.gov* to check your position on the calendar as the trial date approaches. In the event of settlement, advise Sherri Black immediately.

-3-

                **AT THE DIRECTION OF THE COURT**
                **TAMMY H. DOWNS, CLERK**

**By:**   <u>**Sherri Black**</u>
        Courtroom Deputy to
        Judge D. P. Marshall Jr.

        <u>16 October 2025</u>