IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXTO, INC. d/b/a/ ATLAS,<br><br>　　　　Defendant.<br>_____ / | CIVIL ACTION FILE NO. 4:25-cv-00268-DPM<br><br>**PLAINTIFF'S MOTION TO ADMIT COUNSEL PRO HAC VICE** |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Plaintiff Derrance Harris ("Plaintiff") for his motion to admit counsel *pro hac vice* states:

1. Dana J. Oliver is the principal of Oliver Law Center, Inc., 8780 19th Street #559, Rancho Cucamonga, CA 91701.

2. Mr. Oliver is a member in good standing of the State Bar of California and the United States District Court for the Southern District of California, Eastern District of California, Northern District of California, and Central District of California. See *Exhibit A, CA Certificate of Good Standing*.

3. Mr. Oliver states that he will comply with the Local Rules for the United States District Court for the Eastern District of Arkansas, and all procedural requirements of this Court.

4. Mr. Oliver requests admittance to appear *pro hac vice* for the Plaintiffs, Derrance Harris and others similarly situated.

5. In accordance with Local Rule 83.5(d), Mr. Oliver designates Jason Ryburn of the Ryburn Law Firm, PLLC, a member in good standing of the Arkansas Bar, and this Court, as his local counsel. Jason Ryburn's Arkansas State Bar Number is #2012148.

- 2 -

WHEREFORE, the Plaintiff requests that this motion be GRANTED.

Dated: November 25, 2025

                                             */s/ Jason M. Ryburn*,
                                             Jason Ryburn
                                             Ryburn Law Firm, PLLC
                                             650 S. Shackleford Rd., Ste. 231
                                             Little Rock, AR 72211
                                             [o] (501) 228-8100
                                             [f] (501) 228-7300
                                             jason@ryburnlawfirm.com


                                             */s/ Dana J. Oliver,*
                                             Oliver Law Center, Inc.
                                             8780 19th Street #559
                                             Rancho Cucamonga, CA 91701
                                             [o] (855) 384-3262
                                             [f] (888) 570-2021
                                             dana@danaoliverlaw.com


                                             *Counsel for Plaintiff*