IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **DERRANCE HARRIS, individually and on behalf of all others similarly situated**,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**EXTO, INC. d/b/a ATLAS**<br><br>                    Defendant. | Case No. 4:25-cv-00268-DPM |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Derrance Harris and Defendant Exto Inc. d/b/a ATLAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action **without prejudice**.

Respectfully submitted,

**Perrong Law LLC**

 */s/ Andrew R. Perrong*
Andrew R. Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
Email: a@perronglaw.com

***ATTORNEY FOR PLAINTIFF***

2

*/s/P. Collins Hickman Jr.*
Rodney P. Moore (96134)
P. Collins Hickman Jr. (2020189)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
E-mail: rpmoore@wlj.com;
chickman@wlj.com

and

Joseph P. Bowser (Admitted Pro Hac Vice)
ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Avenue, Suite 102
Richmond, Virginia 23230
Telephone: (804) 441-8701
E-mail: jbowser@rothjackson.com

*Attorneys for Defendant, Exto Inc. d/b/a Atlas*