IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRANCE HARRIS, on behalf of
himself and others similarly situated                                    PLAINTIFF

v.                              No. 4:25-cv-268-DPM

EXTO, INC., d/b/a Atlas                                                 DEFENDANT

## JUDGMENT

Harris's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2025